IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| J & J SPORT PRODUCTIONS, INC., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | CIVIL ACTION NO. 13-0446-CG-M |
| THE ZEBRA CLUB, INC., | ) | |
| Defendant. | ) | |

## ORDER

The plaintiff having filed a Notice of Settlement on December 19, 2014 (Doc. 41), it is hereby **ORDERED** that all claims in this action are **DISMISSED WITH PREJUDICE** subject to the right of any party to reinstate those claims **no later than April 4, 2015**, should the settlement agreement not be consummated.

**DONE** and **ORDERED** this the 19th day of December, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE